

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jackie Lynn Elliott, Appellant

No. 06-23-00057-CR    v.

The State of Texas, Appellee

Appeal from the County Court at Law of Van Zandt County, Texas (Tr. Ct. No. CR21-00323).    Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Jackie Lynn Elliott, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 2, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk